# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES WILLEY, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) No. 09 Civ. 1397 (CM) ) |
| v. | ) ) ) ECF CASE |
| J.P. MORGAN CHASE, N.A., | ) ) |
| Defendant. | ) |

## NOTICE OF DEFENDANT'S MOTION TO DISMISS COMPLAINT

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law, the Declaration of Noah A. Levine, and the exhibits thereto, defendant J.P. Morgan Chase, N.A.,[1] by its undersigned attorneys, will move the Court before Judge Colleen McMahon, 500 Pearl Street, Courtroom 21B, New York, New York 10007, at a date and time to be determined by this Court, for an Order, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing the complaint.

Defendant respectfully requests oral argument.

Dated: April 24, 2009
   New York, New York

                                              Respectfully submitted,

                                              By: /s/ Noah A. Levine
                                              Noah A. Levine
                                              Alan E. Schoenfeld
                                              WILMER CUTLER PICKERING HALE
                                                  AND DORR LLP
                                              399 Park Avenue
                                              New York, New York 10022
                                              Tel.: (212) 230-8800
                                              Fax: (212) 230-8888
                                              noah.levine@wilmerhale.com

---

[1] The complaint names "J.P. Morgan Chase, N.A." as defendant, but no such entity exists. Plaintiff may have intended to name JPMorgan Chase Bank, N.A., or to name some other entity.