**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**



------------------------------------------------------X
JAMES WILLEY, on behalf of herself and all
others similarly situated,

            Plaintiff,                     **09 CIVIL** 1397 (CM)

    -against-                            **JUDGMENT**

J.P. MORGAN CHASE, N.A.,
            Defendant.
------------------------------------------------------X

      Defendant having moved to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Colleen McMahon, United States District Judge, and the Court, on July 7, 2009, having rendered its Decision and Order granting the motion to dismiss to dismiss the complaint, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated July 7, 2009, the motion to dismiss the complaint is granted; accordingly, the case is closed.

**Dated:**  New York, New York
          July 8, 2009

                                               **J. MICHAEL McMAHON**
                                                  Clerk of Court

                          **BY:**
                                                  Deputy Clerk

                                      THIS DOCUMENT WAS ENTERED
                                      ON THE DOCKET ON _____